AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio ⁣  _____ *Plaintiff(s)* v. HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments, LLC; Commonwealh Texas (Willow Bend) Ltd _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  5:21-cv-238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HomeSpring Residential Services, LLC
1618 Lockhill Selma Road
San Antonio, Texas 78213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  __MAR - 9 2021__    _____
    JEANNETTE J. CLACK
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments  LLC; Commonweal h Texas (Willow Bend) Ltd <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  5:21-cv-238<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hogan Properties Company
1618 Lockhill Selma Road
San Antonio, Texas 78213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   **MAR – 9 2021**                                            JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HomeSpring Residential Services, LLC; Hogan Properties Company; San | ) |
| Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, | ) |
| LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living | ) |
| GP, LLC; Bexar Management and Development Corporation; Medio Springs, | ) |
| LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas | ) |
| (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth | ) |
| SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd | ) |
| *Defendant(s)* | ) |

Civil Action No.  5:21-cv-238

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  San Antonio Housing Trust Public Facility Corporation
2515 Blanco Road
San Antonio, Texas 78212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **MAR - 9 2021**                    JEANNETTE J. CLACK
                                       _____
                                       *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HomeSpring Residential Services, LLC; Hogan Properties Company; San | ) |
| Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, | ) |
| LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living | ) |
| GP, LLC; Bexar Management and Development Corporation; Medio Springs, | ) |
| LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas | ) |
| (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth | ) |
| SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd | ) |
| *Defendant(s)* | ) |

Civil Action No.  5:21-cv-238

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hillcrest SA Apartments, LP
    1618 Lockhill Selma Road
    San Antonio, Texas 78213

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Reed Colfax, Lila Miller*, Soohyun Choi*
                           RELMAN COLFAX, PLLC
                           1225 19th St. NW, Suite 600
                           Washington, DC 20036
                           Tel: (202) 728-1888
                           *Pro hac vice applications to be filed

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **MAR - 9 2021** _____          JEANNETTE J. CLACK _____



                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio <br><br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  5:21-cv-238<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hillcrest Living GP, LLC
                                     1618 Lockhill Selma Road
                                     San Antonio, Texas 78213


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reed Colfax, Lila Miller*, Soohyun Choi*
                                              RELMAN COLFAX, PLLC
                                              1225 19th St. NW, Suite 600
                                              Washington, DC 20036
                                              Tel: (202) 728-1888
                                              *Pro hac vice applications to be filed

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                              *CLERK OF COURT*

Date:    **MAR - 9 2021**                                 JEANNETTE J. CLACK
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments, LLC; Commonwealh Texas (Willow Bend) Ltd <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:21-cv-238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Freedom SA Apartments, LP
1618 Lockhill Selma Road
San Antonio, Texas 78213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **MAR - 9 2021**   _____
JEANNETTE J. CLACK
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd | ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 5:21-cv-238

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ellison Hills Living GP, LLC
2515 Blanco Road
San Antonio, Texas 78212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **MAR - 9 2021**

JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  5:21-cv-238<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bexar Management and Development Corporation
6243 W. Interstate 10, Suite 1025
San Antonio, Texas 78201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  MAR - 9 2021      _____
                                        *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  5:21-cv-238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Medio Springs, LP
1954 E. Houston Street, Rm. 104
San Antonio, Texas 78202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  MAR − 9 2021     _____
                                JEANETTE J. CLACK
                         *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:21-cv-238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Medio Living GP, LLC
1954 E. Houston Street, Rm. 104
San Antonio, Texas 78202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **MAR - 9 2021**    _____

JEANNETTE J. CLACK
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  5:21-cv-238<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  280SA Eagle Ridge, Ltd.
1618 Lockhill Selma Road
San Antonio, Texas 78213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  __MAR - 9 2021__          _____
JEANNETTE J. CLACK
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio<br><br><hr>*Plaintiff(s)*<br>v.<br>HomeSpring Residential Services, LLC; Hogan Properties Company; San<br>Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments,<br>LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living<br>GP, LLC; Bexar Management and Development Corporation; Medio Springs,<br>LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas<br>(Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth<br>SA-Apartments, LLC; Commonweal h Texas (Willow Bend) Ltd<br><hr>*Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.  5:21-cv-238<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Commonwealth Texas (Eagle Ridge), LLC
260 N. Sam Houston Parkway East, Suite 300
Houston, Texas 77060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR - 9 2021 _____        JEANNETTE J. CLACK _____

                                       *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HomeSpring Residential Services, LLC; Hogan Properties Company; San<br>Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments,<br>LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living<br>GP, LLC; Bexar Management and Development Corporation; Medio Springs,<br>LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas<br>(Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth<br>SA-Apartments, LLC; Commonwealh Texas (Willow Bend) Ltd<br>*Defendant(s)* | ) )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  5:21-cv-238<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Commonwealth Housing Corporation
1530 NW Crossroads, Apt. 1224
San Antonio, Texas 78251

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **MAR - 9 2021**      _____

JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Fair Housing Council of Greater San Antonio | ) <br> ) <br> ) <br> ) |
| _____ <br> *Plaintiff(s)* | ) <br> ) |
| v. | ) |
| HomeSpring Residential Services, LLC; Hogan Properties Company; San <br> Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, <br> LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living <br> GP, LLC; Bexar Management and Development Corporation; Medio Springs, <br> LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas <br> (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth <br> SA-Apartments, LLC; Commonwealth Texas (Willow Bend) Ltd. <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  5:21-cv-238

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Commonwealth SA-Apartments, LLC
1618 Lockhill Selma Road
San Antonio, Texas 78213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  MAR - 9 2021     _____
JEANNETTE J. CLACK
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Fair Housing Council of Greater San Antonio

*Plaintiff(s)*

v.

HomeSpring Residential Services, LLC; Hogan Properties Company; San Antonio Housing Trust Public Facility Corporation; Hillcrest SA Apartments, LP; Hillcrest Living GP, LLC; Freedom SA Apartments, LP; Ellison Hills Living GP, LLC; Bexar Management and Development Corporation; Medio Springs, LP; Medio Living GP, LLC; 280SA Eagle Ridge, Ltd.; Commonwealth Texas (Eagle Ridge), LLC; Commonwealth Housing Corporation; Commonwealth SA-Apartments LLC; Commonweal h Texas (Willow Bend) Ltd

*Defendant(s)*

Civil Action No. 5:21-cv-238

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commonwealth Texas (Willow Bend) Ltd.
1618 Lockhill Selma Road
San Antonio, Texas 78213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reed Colfax, Lila Miller*, Soohyun Choi*
RELMAN COLFAX, PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*Pro hac vice applications to be filed

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR - 9 2021

JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*

