UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,<br><br>Plaintiff,<br>v.<br><br>HOMESPRING RESIDENTIAL SERVICES, LLC; SAN ANTONIO HOUSING TRUST PUBLIC FACILITY CORPORATION; HILLCREST SA APARTMENTS, LP; HILLCREST LIVING GP, LLC; FREEDOM SA APARTMENTS, LP; ELLISON HILLS LIVING GP, LLC; BEXAR MANAGEMENT AND DEVELOPMENT CORPORATION; MEDIO SPRINGS, LP; MEDIO LIVING GP, LLC; 280SA EAGLE RIDGE, LTD.; COMMONWEALTH TEXAS (EAGLE RIDGE), LLC; COMMONWEALTH HOUSING CORPORATION; COMMONWEALTH SA-APARTMENTS, LLC; COMMONWEALTH TEXAS (WILLOW BEND) LTD.,<br><br>Defendants. | Case No. 5:21-cv-238-OLG |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fair Housing Council of Greater San Antonio ("Plaintiff") and Defendants HomeSpring Residential Services, LLC, Hogan Properties Company, Inc., San Antonio Housing Trust Public Facility Corporation, Hillcrest SA Apartments, LP, Hillcrest Living GP, LLC, Freedom SA Apartments, LP, Ellison Hills Living GP, LLC, Bexar Management and Development Corporation, Medio Springs, LP, Medio Living GP, LLC, 280SA Eagle Ridge, Ltd., Commonwealth Housing Corporation, Commonwealth Texas (Eagle Ridge), LLC, Commonwealth SA-Apartments, LLC, and Commonwealth Texas

(Willow Bend), Ltd. ("Defendants"), hereby stipulate, based on the settlement agreement entered into among the Plaintiff and the Defendant HomeSpring, to Plaintiff's voluntary dismissal with prejudice of all claims they have asserted in the above-captioned action against Defendants. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: September 29, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Reed N. Colfax<br>Reed Colfax (Bar No. 471430)<br>Soohyun Choi*<br>Lila Miller*<br>RELMAN COLFAX, PLLC<br>1225 19th St., NW<br>Suite 600<br>Washington, D.C. 20036<br>Tel: 202-728-1888<br>Fax: 202-728-0848<br>Email: rcolfax@relmanlaw.com<br>Email: schoi@relmanlaw.com<br>Email: lmiller@relmanlaw.com<br><br>*Attorneys for Plaintiff Fair Housing Council of Greater San Antonio*<br><br>*admitted pro hac vice | /s/ R. David Fritsche<br>R. David Fritsche<br>State Bar No. 07481200<br>LAW OFFICES OF R. DAVID FRITSCHE<br>921 Proton Road<br>San Antonio, Texas 78258-4203<br>(210) 227-2726<br>david@lawordf.com<br><br>/s/Mark Sanchez<br>Mark Sanchez<br>6243 W I-10, Suite 1025<br>San Antonio, TX 78201<br>(210) 222-8899<br>mas@sanchezwilson.com<br><br>*Attorneys for Defendants* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2021, a copy of the foregoing Stipulation of Dismissal was filed on the CM/ECF system for the Western District of Texas, which will send notification of such filing to all counsel of record.

/s/ Reed Colfax
Reed Colfax

*Attorney for Plaintiff*