Case 5:21-cv-00238-OLG   Document 57   Filed 09/29/21   Page 1 of 1

FILED
September 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO<br><br>　　Plaintiff<br><br>v.<br><br>HOMESPRING RESIDENTIAL SERVICES, LLC, SAN ANTONIO HOUSING TRUST PUBLIC FACILITY CORPORATION; HILLCREST SA APARTMENTS, LP; HILLCREST LIVING GP, LLC; FREEDOM SA APARTMENTS, LP; ELLISON HILLS LIVING GP, LLC; BEXAR MANAGEMENT AND DEVELOPMENT CORPORATION; MEDIO SPRINGS, LP; MEDIO LIVING GP, LLC; 280SA EAGLE RIDGE, LTD.; COMMONWEALTH TEXAS (EAGLE RIDGE), LLC; COMMONWEALTH HOUSING CORPORATION; COMMONWEALTH SA-APARTMENTS, LLC; COMMONWEALTH TEXAS (WILLOW BEND) LTD.<br><br>　　Defendants | CIVIL NO. SA-21-CV-238-OLG |

# ORDER

The Court has received notice that all claims between the parties have been settled. This case is administratively closed pending the submission of dismissal papers. If necessary, the case may be re-opened upon the filing of a motion by any party.

It is so ORDERED this  29th  day of September, 2021.

*[signature]*

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE